UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY JAMES RAY,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNAN,<br><br>    Respondent. | No. 2:18-cv-0623 AC P<br><br><br>ORDER TO SHOW CAUSE |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed April 5, 2018, the court set a briefing schedule that directed respondent to respond to the petition. ECF No. 3. If the response to the petition was a motion, petitioner was ordered to file and serve an opposition or statement of non-opposition within thirty days of service of the motion. Id. at 2. On June 12, 2018, respondent filed a motion to dismiss. ECF No. 10. Thirty days have passed, and petitioner has not filed an opposition, statement of non-opposition, or a request for an extension of time.

Accordingly, IT IS HEREBY ORDERED that within seven days from the filing of this order, petitioner shall file and serve an opposition or statement of non-opposition to the motion to

////

////

////

1

dismiss and shall show cause in writing why sanctions should not be imposed for the failure to timely respond to the motion to dismiss.

IT IS SO ORDERED.

DATED: July 18, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE